**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,**<br><br>            Plaintiffs,<br><br>    v.<br><br>**THE GREEK SOMBRERO, INC. d.b.a. THE GREEK SOMBRERO; THE GREEK SOMBRERO, INC.;** And **DOES 1 THROUGH 10, Inclusive**<br><br>            **Defendants.** | Case No.: 06cv1821 JAH (NLS)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** that ALL DEFENDANTS are dismissed with Prejudice from Plaintiffs' Complaint, Case Number: 06cv1821 JAH (NLS). Additionally, Plaintiffs' Civil Complaint is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 5-24-07

_____
HONORABLE JUDGE JOHN A. HOUSTON
U.S. DISTRICT COURT JUDGE

                    Case Number: 06cv1821 JAH (NLS)